# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157413(12)

WALTER T. CRAWLEY,
      Plaintiff,

v

                              SC: 157413
                              AGC: 17-1649

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

On order of the Chief Justice, the motion of plaintiff to waive the fee for his motion for entry of default is GRANTED as to that motion only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk